IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Billie L. Bumgarner, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:14cv788 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Ford Motor General Retirement Plan, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 6, 2015 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 23, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss (Doc. 7) is **DENIED** without prejudice to similar arguments presented in the second motion for partial dismissal.

IT IS SO ORDERED.

                                                                                                                                                                                                                                                           s/Susan J. Dlott           
                                                                      Judge Susan J. Dlott
                                                                      United States District Court