IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Billie L. Bumgarner, :
:
        Plaintiff(s), :
: Case Number: 1:14cv788
vs. :
: Judge Susan J. Dlott
Ford Motor General Retirement Plan, et al., :
:
        Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 12, 2016 a Report and Recommendation (Doc. 43).  Subsequently, the defendants filed objections to such Report and Recommendation (Doc. 44), plaintiff filed a response to the objections (Doc. 45) and the defendants filed a reply in support of their objections (Doc. 46).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, plaintiff's motion for judgment on the record (Doc. 37) is GRANTED.  Defendant's motion or judgment as a matter of law (Doc. 38) is DENIED.  The Court REMANDS to the Plan for the calculation and award of a lump sum benefit to plaintiff.

      IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court